UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil Action No.: 3:13-cv-01092-AET-TJB |
| DARREN COMMANDER and : KENNETH SKERIANZ : | |
| : | **CERTIFICATION OF SERVICE** |
| Defendants. : | |

I, DARREN M. BALDO, ESQ., of full age, hereby certify as follows:

1. I am the attorney for co-defendant Kenneth Skerianz in this action and I am the sole member of Darren M. Baldo, Attorney at Law, LLC.

2. On August 10, 2015, I deposited a true copy of the Letter Order dated August 3, 2015 of the Honorable Tonianne J. Bongiovanni, U.S.M.J and this Certification in a sealed envelope containing prepaid postage with the U.S, Postal Service for delivery via certified mail return receipt requested to The Law Offices of Bennett D. Krasner, 1233 Beech Street, No. 49, Atlantic Beach, NY 11509.

3. The above statements made by me are true and that in the event that any of the above statements made by me are willfully false then I am subject to punishment.

Dated: August 10, 2015

By:  */s/ Darren M. Baldo*
Darren M. Baldo, Esq. (DB 9282)
Darren M. Baldo, Attorney at Law, LLC
4093 Quakerbridge Rd.
Princeton Jct., NJ 08550
Ph: 609-799-0090
Fx: 609-799-0095
darren@dbaldolaw.com