# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### (609) 989-2040

**CHAMBERS OF**
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

September 28, 2015

## LETTER ORDER

Re:   **United States of America v. Commander, et al.**
       **Civil Action No. 13-1092 (AET)**

Dear Counsel:

The parties are directed to provide the Court with a status update no later than **October 5, 2015**.

In their update, the parties should advise if a settlement conference is warranted at this time.

**IT IS SO ORDERED.**

       s/ Tonianne J. Bongiovanni
       **TONIANNE J. BONGIOVANNI**
       **United States Magistrate Judge**