**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

March 21, 2016

### LETTER ORDER

Re:   United States of America v. Commander, et al.
      Civil Action No. 13-1092 (AET)

Dear Counsel:

As the parties are aware, in light of Defendant Skerianz's recent passing, the settlement conference set for March 18, 2016 was converted to a telephone conference. Time shall be afforded to Plaintiff to determine whether the United States of America shall seek to substitute the estate for Defendant Skerianz and, if so, whether Mr. Baldo shall continue as counsel for the estate.

In addition to the impact Defendant Skerianz's passing has on this litigation, the status of Defendant Commander's production of financial information was also discussed during the March 18, 2016 conference. As instructed, by **April 20, 2016**, Defendant Commander shall produce all outstanding financial documentation to Plaintiff.

The Court shall conduct a telephone conference on **April 27, 2016 at 3:30 p.m.** to discuss the foregoing. Plaintiff shall initiate the conference.

**IT IS SO ORDERED.**

                                                                 _s/ Tonianne J. Bongiovanni_
                                            **TONIANNE J. BONGIOVANNI**
                                            **United States Magistrate Judge**